UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN HALVERSON,<br><br>      Plaintiff,<br><br>v.<br><br>BARCLAYS SERVICES LLC,<br><br>      Defendant. | Case No. 2:25-cv-00939-APG-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Correct Plaintiff's Name (ECF No. 6). Plaintiff states his first name is spelled "Brian" not "Bryan" as indicated in the Court's Order at ECF No. 4. The Court notes the error and the correct spelling of Plaintiff's first name; however, the Court will not reissue the Order at ECF No. 4.

Accordingly, IT IS HEREBY ORDERED that the Motion to Correct Plaintiff's Name (ECF No. 6) is GRANTED to the extent that the Court notes the misspelling of Plaintiff's first name in its prior Order. The Motion is otherwise DENIED.

Dated this 12th day of June, 2025.

                                                                                                                        _____<br>
                                                                                              ELAYNA J. YOUCHAH<br>
                                                                                              UNITED STATES MAGISTRATE JUDGE

1