UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE HALVERSON, | Case No.: 2:25-cv-00939-APG-EJy |
| Plaintiff | **Order (1) Denying Motion for Entry of Clerk's Default, and (2) Granting Motions to Stay Case** |
| v. | |
| BARCLAYS SERVICES LLC, | [ECF Nos. 17, 23, 27] |
| Defendant | |

Bruce Halverson filed two motions requesting that I stay this case while the parties submit their dispute to arbitration. ECF Nos. 23, 27. Barclays Services LLC agrees with this request. ECF Nos. 29, 30.

I THEREFORE ORDER that the motions to stay **(ECF Nos. 23, 27) are granted**. This case is stayed pending completion of the parties' arbitration proceedings. The parties must file a joint status report by **May 1, 2026** or within 30 days of completion of the arbitration, whichever occurs first.

I FURTHER ORDER that Halverson's motion for entry of clerk's default **(ECF No. 17) is denied** because default is not warranted under Federal Rule of Civil Procedure 55(a).

DATED this 9th day of September, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE