# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HALVERSON, | Case No.: 2:25-cv-00939-APG-EJY |
| Plaintiff | **Order Granting Motion to Correct** |
| v. | [ECF No. 34] |
| BARCLAYS SERVICES LLC, | |
| Defendant | |

Plaintiff Brian Halverson moves for me to correct two orders in which I incorrectly identified him as Bruce Halverson, instead of Brian Halverson.  I grant that motion and file amended orders correctly identifying him as Brian Halverson.

I THEREFORE ORDER that plaintiff Brian Halverson's motion to correct misspelled plaintiff name **(ECF No. 34) is GRANTED**.

I FURTHER ORDER the clerk of court to replace ECF Nos. 32 and 33 with the amended orders with the plaintiff's correct name.

DATED this 6th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE