UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN HALVERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>BARCLAYS SERVICES LLC,<br><br>    Defendant. | Case No. 2:25-cv-00939-APG-EJY<br><br>**ORDER** |

   Pending before the Court are Plaintiff's Motions for Contempt and for Sanctions. ECF Nos. 36 and 37. The Court consider the Motions and Defendant's Opposition (ECF No. 38).

   On September 9, 2025, the Court entered an Order staying "this case … pending completion of the parties' arbitration proceedings." ECF No. 32. Thus, Plaintiff's Motions are brought in the wrong forum. Plaintiff must proceed with his claims before the American Arbitration Association, which is found on the world wide web at www.adr.org. Contact information and instructions regarding how to commence a case are available on the Association's website.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions for Contempt and for Sanctions (ECF Nos. 36 and 37) are DENIED.

   Dated this 26th day of November, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1