**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN HALVERSON,<br><br>  Plaintiff<br><br>v.<br><br>BARCLAYS SERVICES LLC,<br><br>  Defendant | Case No.: 2:25-cv-00939-APG-EJY<br><br>**Order Granting Motions to Voluntarily Dismiss Case**<br><br>[ECF Nos. 40, 41] |

   Plaintiff Brian Halverson has filed to two motions to withdraw his complaint. ECF Nos. 40, 41. I will treat them as motions to voluntarily dismiss his complaint and grant them.

   I THEREFORE ORDER that plaintiff Brian Halverson's motions to withdraw the complaint **(ECF Nos. 40, 41) are GRANTED**. The complaint is dismissed without prejudice. The clerk of the court is directed to close this case.

   DATED this 12th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE